UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:24-cv-24644-JB

**OSCAR HERRERA**,

Plaintiff,

vs.

**MATSURI, INC.,**
**d/b/a MATSURI RESTAURANT,**
**a Florida for-profit corporation**,

Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff OSCAR HERRERA ("Plaintiff") and Defendant MATSURI, INC. d/b/a

MATSURI RESTAURANT ("Defendant") (each a "Party" and collectively, the "Parties"), by and

through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, hereby stipulate to the dismissal of all of Plaintiff's claims in the above-

styled action *with prejudice*, with each Party to bear his or its own attorneys' fees, expert fees,

paralegals' fees, and costs.

Dated:  January 10, 2025

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By: _s/ Roderick V. Hannah_ | By: _s/ Pelayo M. Duran_ |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

1

2

**TODD W. SHULBY, PA.**
Counsel for Defendant
1792 Bell Tower Lane
Weston, FL  33326
(954) 530-2236
tshulby@shulbylaw.com


By _____*/s/ Todd W. Shulby*_____
        TODD W. SHULBY
        Fla Bar No. 068365
        AUSTIN HOLZKNECHT
        Fla. Bar No. 1020506